**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Kenneth Dwayne HOUSTON, a.k.a.
Boo–Boo, Defendant–
Appellant.**

No. 08–17234
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

May 26, 2009.

Before BIRCH, MARCUS and
ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for
Kenneth Dwayne Houston in this appeal
from the district court's denial of Houston's motion to reduce his sentence under
18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the
appellant and filed a brief pursuant to
*Anders v. California,* 386 U.S. 738, 87
S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our
independent review of the entire record
reveals that counsel's assessment of the
relative merit of the appeal is correct.
Because independent examination of the
entire record reveals no issues of arguable
merit, counsel's motion to withdraw is
**GRANTED,** and the district court's denial

of relief under § 3582(c)(2) is **AFFIRMED.**